UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMSHER SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>MERRICK B. GARLAND, et al.,<br><br>    Defendants. | No. 1:22-cv-00502-DAD-BAK (BAM)<br><br>ORDER TO SHOW CAUSE WHY SAAD AHMAD'S PRO HAC VICE STATUS SHOULD NOT BE DENIED<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Shamsher Singh ("Plaintiff") initiated this action for declaratory and injunctive relief under the Administrative Procedures Act on April 27, 2022.  (Doc. 1.)  On June 3, 2022, Saad Ahmad filed an application to appear and participate pro hac vice in this action.  (Doc. 7.)

Local Rule 180 governs the admission of attorneys to practice pro hac vice in this Court. Pursuant to Local Rule 180(b)(2),

> Unless authorized by the Constitution of the United States or an Act of Congress, an attorney is not eligible to practice [pro hac vice] if any one or more of the following apply: (i) the attorney resides in California, (ii) the attorney is regularly employed in California, or (iii) the attorney is regularly engaged in professional activities in California.

E.D. Cal. L.R. 180(b)(2).

///

1

According to the application, although Counsel Ahmad is admitted to practice in Massachusetts, Counsel Ahmad nonetheless appears to maintain a law firm, Saad Ahmad and Associates, located at 39111 Paseo Padre Parkway, Suite 217, in Fremont, California.  (Doc. 7 at 2.)  Based on this information, Saad Ahmad is HEREBY ORDERED to SHOW CAUSE why the admission pro hac vice should not be denied on the basis that Counsel Ahmad either resides in California, is regularly employed in California, or is regularly engaged in professional activities in California.  Counsel Ahmad shall file a written response to this order to show cause within **fourteen (14) days** of service of this order.

**Failure to respond to this order to show cause may result in the imposition of sanctions, including but not limited to monetary sanctions.**

IT IS SO ORDERED.

Dated:   **June 6, 2022**                              /s/ *Barbara A. McAuliffe*            _
                                                        UNITED STATES MAGISTRATE JUDGE