PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMSHER SINGH,<br><br>                Plaintiff,<br><br>  v.<br><br>MERRICK B. GARLAND, ET AL.,<br><br>                Defendants. | CASE NO. 1:22-CV-00502-DAD-BAK<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |

      The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.  The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 24, 2022.  The parties further request that all other filing deadlines be similarly extended and that the initial scheduling conference, currently set for August 16, 2022, be vacated and reset.

Respectfully submitted,

Dated: July 15, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ WAHIDA NOORZAD
WAHIDA NOORZAD
Counsel for Plaintiff

ORDER

Pursuant to the parties' stipulation, and cause appearing, Defendant's request for an extension of time to file an answer or other dispositive pleading in response to the complaint is GRANTED. Defendant shall file an answer or other dispositive pleading on or before August 24, 2022. IT IS FURTHER ORDERED that the parties' request to reset the initial scheduling conference is GRANTED. The initial Scheduling Conference currently set for 8/16/2022 is HEREBY CONTINUED to **September 21, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall file a Joint Scheduling Report at least one full week prior to the conference.

IT IS SO ORDERED.

Dated: **July 18, 2022**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE